UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

                                       Case No. 04-CR-80439
vs.                                  HON. GEORGE CARAM STEEH

DANIEL LEE STUART,

          Defendant.

_____/

ORDER DENYING MOTION FOR RECONSIDERATION

       Defendant Daniel Stuart moves for reconsideration of this court's January 9, 2006 Order denying his demand for a <u>Franks</u>[1] hearing.  Generally, and without restricting the court's discretion, the court will not grant a motion for reconsideration that merely presents the same issues ruled upon by the court, either expressly or by reasonable implication. E.D. Mich. LR 7.1(g)(3).  The movant must demonstrate a palpable defect by which the court and the parties have been mislead.  <u>Id</u>.  Defendant merely presents the same issues that have been thoroughly reviewed and ruled upon by the court, and fails to demonstrate a palpable defect in the court's rulings.  Accordingly,

       Defendant's motion for reconsideration is hereby DENIED.

       SO ORDERED.

                                    s/George Caram Steeh_____
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

Dated:  January 26, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 26, 2006, by electronic and/or ordinary mail.

                                    s/Josephine Chaffee_____
                                    Secretary/Deputy Clerk

_____

[1]  <u>Franks v. Delaware</u>, 438 U.S. 154 (1978).