# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America <br> v. <br> DANIEL LEE STUART | ) <br> ) <br> ) Case No: 04-80439 <br> ) <br> ) USM No: 32793-039 |
| Date of Original Judgment: 9/21/2006 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) <br> _____ <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The court has determined that defendant is not eligible for a reduction of sentence as he was convicted of other offenses, besides Possession of Marijuana with Intent to Distribute and Maintaining a Drug-Involved Premises, which carried a higher guideline range. The guidelines were calculated using Section 2K2.1.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 13, 2017             s/George Caram Steeh
                                                            *Judge's signature*

Effective Date: _____              George Caram Steeh, U.S. District Judge
*(if different from order date)*                        *Printed name and title*